```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FRESCO PRODUCTS INC.,

                            Plaintiff,

        -against-

TACO DUMBO HOLDINGS LLC, OMAKASA
31 W52 LLC d/b/a TACO DUMBO,
TACODUMBO l14W47 LLC d/b/a TACO
DUMBO, TACODUMBO 666 5th LLC d/b/a
TACO DUMBO,TACODUMBO 1385
BROADWAYLLC d/b/a TACO DUMBO,
OMAKASA 56 SPRING LLC d/b/a TACO
DUMBO, TACODUMBO 2 PENN PLAZA LLC
d/b/a TACO DUMBO, TACODUMBO LLC d/b/a
TACO DUMBO,TACODUMBO ROSE
MANSION LLC d/b/ a TACO DUMBO,
JONATHAN KRIEGER and JED PINES
Individually and in any corporate capacity,

                            Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/29/2020_
```

20 Civ. 4715 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

      To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.

      The parties are strongly encouraged to engage in discovery through remote means at every available opportunity.

      SO ORDERED.

Dated: June 29, 2020
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge