```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
FRESCO PRODUCTS INC.,

                      Plaintiff,

             -against-

TACO DUMBO HOLDINGS LLC, OMAKASA 31 W52 LLC d/b/a TACO DUMBO, TACODUMBO 114W47 LLC d/b/a TACO DUMBO, TACODUMBO 666 5th LLC d/b/a TACO DUMBO,TACODUMBO 1385 BROADWAYLLC d/b/a TACO DUMBO, OMAKASA 56 SPRING LLC d/b/a TACO DUMBO, TACODUMBO 2 PENN PLAZA LLC d/b/a TACO DUMBO, TACODUMBO LLC d/b/a TACO DUMBO, TACODUMBO ROSE MANSION LLC d/b/ a TACO DUMBO, JONATHAN KRIEGER and JED PINES Individually and in any corporate capacity,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020____

20 Civ. 4715 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

      Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: August 24, 2020
      New York, New York

                                                    ANALISA TORRES
                                        United States District Judge